UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


IN RE:

KENNETH RICHARD PRICE                CASE NO.: 03-20503-PCY5
                                     CHAPTER 13

       Debtor(s).
_____/


### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) to:

BETTY SCROGGINS

which remain outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U. S. Bankruptcy Court.

**WHEREFORE**, the Trustee respectfully submits her Check Number 250284   in the amount of $86.18 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED**.

```
                         /s/Leigh D. Hart
                            LEIGH D. HART
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

KENNETH RICHARD PRICE

5408 INDIAN BLUFF DR.
YOUNGSTOWN, FL

32466-2040
AND

| JIM HUSBANDS, ESQUIRE | BETTY SCROGGIN |
| P.O. BOX 1329 | 2015 GREENBRIER BOULEVARD |
| PANAMA CITY, FL | LYNN HAVEN, FL |
| 32402 | 32444 |

on the same date as reflected on the court's docket as the electronic filing date for this document.

```
                         /s/Leigh D. Hart
                            LEIGH D. HART
```

F. 6 (107) 05/25/2005